UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULJI PATEL,<br><br>              Plaintiff,<br><br>     v.<br><br>JOSEPH F. DeVANON et al.,<br><br>              Defendants. | Case No. CV 15-4175-R (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Dismissing Civil-Rights Complaint Without Leave to Amend for Failure to Prosecute and Failure to State a Claim,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 30, 2015

                                      MANUEL L. REAL
                                      U.S. DISTRICT JUDGE